IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC LEE BROWN, #216794, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CASE NO. 2:14-cv-385-WHA |
| | ) |
| DEPARTMENT OF CORRECTIONS, et al., | )        (WO) |
| | ) |
| Respondents. | ) |

### ORDER

On October 6, 2014, the Magistrate Judge filed a Recommendation (Doc. #4) in which he recommended that the action be dismissed without prejudice because of Brown's failure to comply with the orders of the court. The Defendant filed a document (Doc. #5) on October 16, 2014, which the court finds to be not an objection, but an agreement with the Recommendation. Therefore, after an independent evaluation and *de novo* review of the file, it is hereby ORDERED as follows:

1. The court ADOPTS the Recommendation of the Magistrate Judge.

2. This case is DISMISSED without prejudice.

DONE this 29th day of October, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE