IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC LEE BROWN, #216794, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 2:14-cv-385-WHA |
| ) | |
| DEPARTMENT OF CORRECTIONS, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

## **FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, and this case is DISMISSED without prejudice.

DONE this 29th day of October, 2014.

        /s/ W. Harold Albritton
        W. HAROLD ALBRITTON
        SENIOR UNITED STATES DISTRICT JUDGE